USA-74-24B
(Rev. 05/01)

**CRIMINAL DOCKET**

United States Courts
Southern District of Texas
**SEALED**
**FILED**

**No. 19 CR 148**

HOUSTON DIVISION

USAO Number: 2019R08869

Magistrate Number:

MAR 05 2019

CRIMINAL INFORMATION

Filed David J. Bradley, Clerk of Court

Judge: Hanson

**ATTORNEYS:**

UNITED STATES of AMERICA

VS.

RYAN K. PATRICK, USA          (713) 567-9000

JOHN P. PEARSON                    (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| GONZALO JOSE JORGE MORALES-DIVO | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Conspiracy [18 USC § 371]

*Sealed*
*Public and unofficial staff access*
*to this instrument are*
*prohibited by court order*

**PENALTY:** Ct. 1: Not more than 5 years imprisonment; a $250,000 fine or twice the gross gain or loss; 3 years SRT; $100 SA

NOTIFICATION OF FORFEITURE

☐ In Jail
☐ On Bond
☑ No Arrest   NOTICE

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**