# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAR 05 2019

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO.** |
| | § | |
| | § | |
| **GONZALO J.J. MORALES-DIVO** | § | **UNDER SEAL** |



**19 CR 148**

## <u>MOTION TO SEAL INFORMATION</u>

TO THE HONORABLE JUDGE OF SAID COURT:

The United States asks the Court to seal the Information against the defendant, the Notice of Related Cases, this motion, and the Court's corresponding order to seal until further motion by the government, at which time the Information, the Notice of Related Cases, this motion, and the Court's order automatically shall be unsealed, as to the defendant.

Additionally, the United States asks the Court to allow the United States to provide copies of the sealed indictment to other law enforcement organizations, including Homeland Security Investigations and IRS-Criminal Investigation Division.

The United States further asks the Court to order the District Clerk to provide copies of the sealed information to personnel of the United States Attorney's Office.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

JOHN P. PEARSON
ROBERT S. JOHNSON
Assistant United States Attorneys
U.S. Attorney's Office, S.D. Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: 713-567-9000
john.pearson@usdoj.gov