United States District Court
Southern District of Texas
**ENTERED**
March 05, 2019
David J. Bradley, Clerk

Sealed
Public and unofficial staff access to this instrument is prohibited by court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | CRIMINAL NO. |
| GONZALO J.J. MORALES-DIVO | § § | UNDER SEAL |

19 CR 148

## ORDER

It is *ORDERED* that the Information against the above-named defendant, the Notice of Related Cases, this order, and the United States' motion to seal shall be sealed until further motion by the government, at which time said instruments automatically shall be unsealed, as to the defendant.

It is FURTHER ORDERED that the United States may provide copies of the sealed Information to other law enforcement organizations, including Homeland Security Investigations and IRS-Criminal Investigation Division.

It is *FURTHER ORDERED* that the District Clerk shall provide copies of the sealed Information to the United States Attorney's Office.

*SIGNED* at Houston, Texas, on the _____5th_____ day of __March__, 2019.

_____
United States ~~District~~ Judge
Magistrate