# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                    Case Number: 4:19–cr–00148
                                                              *SEALED*

Gonzalo Jose Jorge Morales–Divo

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nancy K Johnson

**PLACE:**
Courtroom 700
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 3/12/2019

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Arraignment
Order for Issuance – #6

Date:   March 5, 2019

                                                            David J. Bradley, Clerk