UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division | Case Number | 4:19-cr-00148 |
|---|---|---|---|

United State

*versus*

Gonzalo Jose Jorge Morales-Divo

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Andrew H Kaufman<br>Stephen E Kaufman, P.C.<br>277 Park Avenue, 47th Fl<br>NY 10172<br>(212)826-0820<br>akaufman@sekpc.com<br>New York Bar No. 577842 |
|---|---|

| Name of party applicant seeks to appear for: | Gonzalo Jose Jorge Morales-Divo |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

*I am familiar with Local Rules and the judge's procedures*

Dated: 4/10/19     Signed: [signature]

The state bar reports that the applicant's status is: Active

Dated: 4-11-19     Clerk's signature: [signature]

### Order

Dated: 4/11/19

This lawyer is admitted *pro hac vice*.

[signature]

United States District Judge