| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cr-00148 |
|---|---|---|---|

United States

*versus*

Gonzalo Jose Jorge Morales-Divo

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Stephen James Binhak, Esq.<br>The Law Office of Stephen James Binhak, PLLC<br>1221 Brickell Ave., Suite 2010<br>Miami, Florida 33131<br>(305) 361-5500<br>binhaks@binhaklaw.com<br>Florida Bar No. 736491 |
|---|---|

| Name of party applicant seeks to appear for: | Gonzalo Jose Jorge Morales-Divo |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No __✔__

On a separate sheet for each sanction, please supply the full particulars.

*I am familiar with the local rules & the Judge's procedures.*

| Dated: April 8, 2019 | Signed: *[signature] Stephen James Binhak* |
|---|---|

The state bar reports that the applicant's status is: *active*

| Dated: 4-11-19 | Clerk's signature: *[signature]* |
|---|---|

**Order**

Dated: 4/11/19

This lawyer is admitted *pro hac vice*.

_____
United States District Judge