| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

## Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division | Case Number | 4:19-cr-00148 |
|---|---|---|---|

United States

*versus*

Gonzalo Jose Jorge Morales-Divo

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Roberto Martinez, Esq.<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse Suite<br>Coral Gables, FL 33134<br>305-476-7400<br>bob@colson.com<br>Florida Bar No. 305596 |

| Name of party applicant seeks to appear for: | Gonzalo Jose Jorge Morales-Divo |

Has applicant been sanctioned by any bar association or court?   Yes ___   No ✓
On a separate sheet for each sanction, please supply the full particulars.

*I HAVE FAMILIARIZED MYSELF WITH THE LOCAL RULES & PROCEDURES*

| Dated: 4/9/2019 | Signed: [signature] |

The state bar reports that the applicant's status is: *active*

| Dated: 4/11/19 | Clerk's signature: [signature] |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 4/11/19

[signature]
United States District Judge