| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | **APPEARANCE BOND** |
| v. | § | |
| | § | CRIMINAL ACTION H-19-148 |
| GONZALO JOSE JORGE MORALES-DIVO | § | |

[X] Non-Surety: I, the undersigned defendant acknowledge that I and my . . .
[ ] Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $50,000_____ and there has been deposited in the Registry of the Court the sum of $__-----------__ in cash or _____ (describe other security.)

    The conditions of this bond are that the defendant GONZALO JOSE JORGE MORALES-DIVO is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court of any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

    It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned is exonerated.

    If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __April 11__ at Houston, Texas.

Defendant: _____  Address _224 South Hibiscus Drive Miami_
Surety: _____  Address _Florida 33139_ Beach
Surety: _____  Address _____

Signed and acknowledged before me on __April 11, 2019__.

_____
Clerk

Approved: _____

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA § 
§
v. § CRIMINAL ACTION H-19-148
§
GONZALO JOSE JORGE MORALES-DIVO §

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the release of the defendant is subject to the following conditions:

1. Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified):

   _____ on _____
   Place                          Date/Time

2. The defendant shall immediately advise the Court, defense counsel and the Pretrial Services Agency, in writing, of any change in address and telephone number.

3. The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

4. The defendant shall not intimidate or attempt to intimidate a witness, juror or officer of the court (18 U.S.C. § 1503), obstruct a criminal investigation (18 U.S.C. § 1510), or tamper with or retaliate against a witness, victim or informant (18 U.S.C. §§ 1512 and 1513).

### RELEASE ON PERSONAL RECOGNIZANCE OR UNSECURED BOND

IT IS FURTHER ORDERED that the defendant be released provided that:

[X]  5. The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

[X]  6. The defendant executes an unsecured bond binding the defendant to pay the United States the sum of $50,000 in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

   [ ]  The bond shall be signed by the following person(s) as surety:

   _____
   _____

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

[ ] 7. The defendant is placed in the custody of:

_____
(Name of person or organization)

_____
(Address)

_____      _____
(City/State/Zip Code)                                              (Area Code/Telephone Number)

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed:_____
Custodian or Proxy

[X] 8. The defendant shall:

[X] a. Maintain employment at all times; if unemployed, actively seek employment.

[ ] b. Maintain or commend an educational program.

[X] c. Abide by the following restrictions on place of abode or travel: **Southern District of Florida and Southern District of Texas**

[X] d. Avoid all contact with any alleged victim of the offense charged and with any potential witness who may testify concerning the offense, and not associate with any person engaging in criminal activities or who has been charged with or convicted of a felony offense, or who has been released on bail, probation or parole.

[X] e. Report on a regular basis to his case agent.

[ ] f. Comply with the following curfew:

_____

[X] g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

[X] h. Refrain from excessive use of alcohol and any use or unlawful possession of a narcotic drug and other controlled substance (defined in 21 U.S.C. § 802) unless prescribed by a licensed medical practitioner.

[ ] i. Participate in drug and alcohol screening and treatment as directed by his case agent. The defendant will incur the costs associated with this condition based on the ability to pay as determined by the Pretrial Services Officer.

2

[ ]    ii.    Undergo medical treatment or psychiatric treatment, including treatment for drug or alcohol dependency or substance abuse. Treatment will be at: _____ as directed by Pretrial Services. Defendant shall remain in that institution if required for that purpose. The defendant will incur the costs associated with this condition based on the ability to pay as determined by the Pretrial Services Officer.

[X]    j.    Execute an appearance bond in the amount of $ 50,000_____. There will be deposited in the registry of the Court the sum of $_____. This deposit will be returned to the depositor upon the Court's determination that the defendant has performed the conditions of his release.

             [ ]    The bond shall be signed by the following person(s) as surety:
             _____
             _____

[ ]    k.    The defendant will execute an appearance bond in the amount of $_____, secured by joinder of a corporate surety, duly authorized as an acceptable surety on federal bonds.

[X]    l.    Surrender any passport to the case agent and/or [X] obtain no other passport.

[ ]    m.    Electronic Monitoring. The defendant is restricted to his or her place of residence continuously, except for absences authorized by the Pretrial Services Officer. The Pretrial Services Officer may approve absences for gainful employment, religious services, medical care, education or training programs, and at other time as may be specifically authorized by the Pretrial Services Officer. Electronic monitoring may be used to monitor compliance with this condition; however, alternative means of surveillance may be used that will ensure compliance with this special condition. If electronic monitoring is used, the defendant will incur costs associated with such monitoring, based on ability to pay as determined by the Pretrial Services Officer.

[ ]    n.    Special conditions:
          _____
          _____

3

## Advice of Penalties and Sanctions

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, and a prosecution for contempt as provided in 18 U.S.C. § 401 which could result in a possible term of imprisonment or fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony, or to a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself. 18 U.S.C. § 3147.

18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sending, surrender for the service of a sentence, or appeal or certiorari after conviction for:

[ ]  1.  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

[X]  2.  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

[ ]  3.  any other felony, the defendant shall be fined not more than $250,000 or imprisoned for not more than two years, or both;

[ ]  4.  a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned for not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case, and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

224 South Hibiscus Drive
Address

Miami Beach Florida 33139
City/State/Zip Code

561 665 7777
Telephone Number

## Direction to United States Marshal

[X]   The defendant is ORDERED released after processing.

[ ]   The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: April 11, 2019

_____
Gray H. Miller
Senior United States District Judge

5