| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA §
§
v. § CRIMINAL ACTION H-19-148
§
GONZALO JOSE JORGE MORALES-DIVO *on bond* §

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count ONE, a presentence report is ordered.

1. By **SEPTEMBER 20, 2019** the initial presentence report must be disclosed to counsel.

2. By **OCTOBER 4, 2019** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection.

3. By **OCTOBER 18, 2019** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues.

4. All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.

5. Sentencing is set for **OCTOBER 24, 2019** at **10:00 a.m.** in Courtroom 9-D, 515 Rusk, Houston, Texas.

6. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

7. The defendant must go immediately – with a copy of this order – to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed at Houston, Texas on April 12, 2019.

_____
Gray H. Miller
Senior United States District Judge

*Copies:* United States Probation
*AUSA ~ John Pearson*
*Defense Counsel ~ Stephen Binhak*
*Defendant*