UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **SEALED** |
| v. | § § | |
| GONZALO JOSE JORGE MORALES-DIVO | § | CRIMINAL ACTION H-19-148 |

## Order

The sentencing of the defendant is reset as follows:

1. The presentence investigation report will be available to the defendant by January 22, 2021.

2. Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by February 5, 2021.

3. The probation officer must submit to the Judge the final presentence reports with an addendum addressing contested issues by February 19, 2021.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than NOON the Monday prior to sentencing to be considered.**

5. The sentencing will be held on February 24, 2021 at 10:00 a.m.

Signed at Houston, Texas on August 5, 2020.

Gray H. Miller
Senior United States District Judge