UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:19-CR-148 |
| § | |
| GONZALO J. J. MORALES-DIVO § | UNDER SEAL |
| § | |

## ORDER IMPOSING MONEY JUDGMENT

Defendant Gonzalo Jose Jorge Morales Divo pleaded guilty to Count One of the Information, which charged him with conspiracy to violate the Foreign Corrupt Practices Act, Title 15, United States Code, Section 78dd-2 ("FCPA"), in violation of Title 18, United States Code, Section 371.

The United States provided notice to the Defendant in the Information that pursuant to Title 18, United States Code, Section 981(a)(1)(C), the United States would seek to forfeit all property, real or personal, that constitutes or is derived from proceeds traceable to Count One. The United States also provided notice that it would seek a money judgment equal to the total value of the property subject to forfeiture.

In his Plea Agreement, Defendant stipulated and agreed that the factual basis for his guilty plea supported the forfeiture of proceeds from the conspiracy to violate the FCPA. Defendant also consented to the imposition of a personal money

judgment against him and acknowledged that one or more of the conditions set forth in Title 21, United States Code, Section 853(p) exists. Defendant and the United States have agreed that the amount of the personal money judgment should be $2,534,365.65.

Having considered the Plea Agreement, the record and the applicable law, the Court ORDERS:

That Defendant Gonzalo Jose Jorge Morales Divo shall forfeit $2,534,365.65 to the United States, and that a personal money judgment is hereby awarded in favor of the United States and against the Defendant in the amount of $2,534,365.65.

This Order will be made part of the Defendant's sentence and included in the judgment against him.

Signed in Houston, Texas, on the 31st day of August, 2020.

_____
Gray H. Miller
Senior United States District Judge