| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | CRIMINAL ACTION H-19-148 |
| | § | |
| GONZALO JOSE JORGE MORALES-DIVO *on bond* | § | |

## Order

The sentencing of the defendant is reset as follows:

1. Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by May 7, 2021.

2. The probation officer must submit to the Judge the final presentence reports with an addendum addressing contested issues by May 21, 2021.

3. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

4. The sentencing will be held on May 27, 2021 at 12:00 p.m. in Courtroom 9-D, 515 Rusk, Houston, Texas.

Signed at Houston, Texas on February 18, 2021.

Gray H. Miller
Senior United States District Judge