| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION H-19-148-1 |
| | § | |
| GONZALO JOSE JORGE MORALES-DIVO | § | SEALED |
| *on bond* | § | |

## NOTICE OF RESET

### You are directed to appear before

**Judge Gray H. Miller**
Courtroom 9D, Ninth Floor
United States Courthouse
515 Rusk Avenue
Houston, Texas 77002

on **May 13, 2021** at **10:00 a.m.**

### Purpose of Proceeding

☐ Re-arrangement
☐ Pretrial Conference            ☒ Sentencing
☐ Jury Selection and Trial, ETT:_____      ☐ Probation Revocation Hearing
☐ Hearing _____     ☐ Suppression Hearing
☐ Hearing on pending motions
☐ Pretrial Conference is also set _____ at ___ _.m.

*Copies: AUSA ~ John Pearson / Robert Johnson / Sarah Edwards / Sonali Patel*
*Defense Counsel ~ Andrew Kaufman / Roberto Martinez / Stephen Binhak*
*U.S. Probation Office*

Nathan Oschner, Clerk of Court

By: *S. Anderson*                             *April 23, 2021*
         Deputy Clerk                                        Date