United States District Court
Southern District of Texas
**ENTERED**
May 12, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-19-148 |
| | § | |
| GONZALO J.J. MORALES-DIVO, | § | |
| | § | |
| DEFENDANT | § | UNDER SEAL |
| | § | |

## ORDER FOR CONTINUANCE

Having considered the Agreed Motion for Continuance filed by the government, the Court concludes that the Motion should be GRANTED.

Accordingly, the Court ORDERS that sentencing in this matter be continued until August 19, 2021 at 1:00 pm. The associated deadlines are also continued: the preparation of the initial Presentence Report is due on June 17, 2021, objections are due on July 22, 2021 and the final Presentence Report is due on August 5, 2021.

Signed in Houston, Texas on May 12, 2021.

GRAY H. MILLER
UNITED STATES DISTRICT JUDGE