United States District Court
Southern District of Texas
**ENTERED**
August 09, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA v.**

**GONZALO JOSE JORGE MORALES-DIVO**              Cr. No. H-19-148

**O R D E R**

Defendant's Unopposed Motion for Continuance (Dkt Entry No. 32) is GRANTED. The sentencing is reset to October 7, 2021 at 11:30 a.m.

SIGNED at Houston, Texas, on the __9th__ day of __August__, 2021.

_____
UNITED STATES DISTRICT JUDGE