UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | H-19-cr-00148 |
|---|---|---|---|

United States of America

*versus*

GONZALO JOSE JORGE MORALES-DIVO

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Drew Bradylyons<br>Fraud Section, Department of Justice<br>1400 New York Avenue<br>Washington, DC 20005<br>(202) 262-7809, drew.bradylyons@usdoj.gov<br>New York, registration no. 4797049 |
|---|---|

| Name of party applicant seeks to appear for: | United States of America |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/8/2021 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**      This lawyer is admitted *pro hac vice.*

Dated: _____      _____
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § § |
| GONZALO JOSE JORGE MORALES-DIVO, | § § § § NO. H-19-cr-00148 § |
| DEFENDANT | § § § |

**AFFIDAVIT OF DREW BRADYLYONS IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Drew Bradylyons, make this affidavit in support of the motion for my admission *pro hac vice* to appear and practice in this Court in the above-captioned matter as counsel for the United States pursuant to Local Rule 83.1.K and Local Criminal Rule 57.3 of United States District Court for the Southern District of Texas and this Court's Procedure 5.E concerning *pro hac vice* admissions.

I, Drew Bradylyons, being duly sworn, do hereby depose and say as follows:

1. I am a Trial Attorney with the Fraud Section of the Criminal Division of the U.S. Department of Justice.

2. My business address is 1400 New York Avenue, N.W., Washington, D.C. 20005.

3. I am a member in good standing of the bar of the State of New York.

4. My New York bar registration number is 4797049.

5. I attest that I have not been the subject of disciplinary proceedings or sanction by any bar association or court.

6. I attest that I have read and familiarized myself with the Local Rules for the United States District Court for the Southern District of Texas and this Court's Procedures.

7. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: Nov 8, 2021

*(signature)*
Drew Bradylyons
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section

Dated: 11/08/2021

*(signature)*
Notary Public

Mohamed Saleck, Ahmed Ould Sneyba