# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES OF AMERICA §
§
§
vs. §  CRIMINAL ACTION H- *1 9 - 148-1*
§
*Gonzalo Jose Jorge Morales-Divo* §
§

## AGREEMENT TO VOLUNTARY SURRENDER

I understand that in the near future the court will sign an order that requires me to surrender

to an institution to be selected by the Bureau of Prisons of the Department of Justice.

I agree to report voluntarily under the order.  I understand that if I fail to appear that I may

be punished by fine, imprisonment, or both. (18 U.S.C. §§ 401,751.)

_*11/10/21*_
Date

_____
Defendant

Ad█████████████████████

_*11/20/21*_
Date

_____
Witness