UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. H-19-148 |
| | § |
| GONZALO JOSE JORGE MORALES-DIVO | § |
| | § UNDER SEAL |

### ORDER TO UNSEAL

It is **ORDERED** that the above-captioned docket, United States v. Gonzalo Jose Jorge Morales Divo, H-19-cr-148, is hereby unsealed.

**DATED** this __9th__ day of November, 2021.

_____
HON. GRAY H. MILLER
SOUTHERN DISTRICT OF TEXAS