United States District Court
Southern District of Texas
**ENTERED**
January 11, 2022
Nathan Ochsner, Clerk

|  |  |
|---|---|
| UNITED STATES OF AMERICA § § § | SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION |
| Versus § § | |
| **GONZALO JOSE JORGE MORALES-DIVO** | **CRIMINAL CASE: 4:19CR148-1** |

## ORDER TO SURRENDER

The defendant, **GONZALO JOSE JORGE MORALES-DIVO #89632-479**

having been sentenced to the custody of the Bureau of Prisons, is ordered to

surrender on **Monday, March 7, 2022** by 2:00 pm to:

> FCI ALLENWOOD LOW
> RT 15, 2 MILES N OF ALLENWOOD
> ALLENWOOD, PA 17810
> 570-547-1990

Signed on ___January 10___, 2022

GRAY H. MILLER
UNITED STATES DISTRICT JUDGE