

United States Courts
Southern District of Texas
F I L E D

MAY 13 2022

Nathan Ochsner, Clerk of Court



FOR REUSE: Mark through previous shipping labels and barcode

Align top of FedEx Express® shipping label here.

## Returned Shipment

Original Tracking Number: 817388634020

Return Tracking Number: 558534938710

ORIGIN ID:MPBA   (800) 238-5355
810B7
FEDEX
200 S MIAMI AVE

MIAMI, FL 33130
UNITED STATES US

SHIP DATE: 12MAY22
ACTWGT: 1.00 LB MAN
CAD: 0203474/CAFE3511

BILL RECIPIENT

TO  RETURNS
   US DISTRICT COURT CLERK KW
   515 RUSK ST
   STE 5300
   HOUSTON TX 77002
   (713) 250-5373
   REF: 817388634020

**FedEx**
Express



TRK# 5585 3493 8710
0201

TUE – 17 MAY 4:30P
EXPRESS SAVER

**SA EIXA**

77002
TX-US   1AH

Reusable Pak

Align bottom of peel-and-stick airbill or pouch here.

RT TUE   16:30   8710   05.13
F2