United States District Court
Southern District of Texas
**ENTERED**
August 31, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs. § | **CRIMINAL NO. 4:19-CR-00148-1** |
| § | |
| **GONZALO JOSE JORGE MORALES-DIVO** § | |

### ORDER ON
### JOINT MOTION TO CONTINUE SURRENDER DATE

The Court has considered the Joint Motion to Continue the surrender date, which is currently September 2, 2022. Having reviewed the motion, the Court finds there is good cause to extend the surrender date. It is, therefore **ORDERED** that the Joint Motion for Continuance is **GRANTED**.

Defendant's date to surrender to FCI Allenwood Low for service of his sentence is extended to **December 2, 2022.** A copy of this order shall be provided to the Bureau of Prisons and the U.S. Marshals Service. The Bureau of Prisons shall notify the Defendant of the new date to surrender for service of his sentence. Until his surrender, Defendant shall continue to remain on release under all terms and conditions previously imposed upon him.

Signed this day August 31 2022.

_____
UNITED STATES DISTRICT JUDGE