United States District Court
Southern District of Texas
**ENTERED**
January 03, 2023
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION |
| Versus | | |
| **GONZALO JOSE JORGE MORALES-DIVO** | | **CRIMINAL CASE: 4:19CR148** |

## ORDER TO SURRENDER

The defendant, **GONZALO JOSE JORGE MORALES-DIVO #89632-479**

having been sentenced to the custody of the Bureau of Prisons, is ordered to

surrender on **Wednesday, May 31, 2023,** by 2:00 pm to:

FCI ALLENWOOD
RT 15,2 MILES OF ALLENWOOD
ALLENWOOD, PA 17810
570-547-1990

Signed on ___January 3, 2023___, 2022

GRAY H. MILLER
UNITED STATES DISTRICT JUDGE