United States District Court
Southern District of Texas
**ENTERED**
May 30, 2023
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION |
| Versus | § § § | |
| **GONZALO JOSE JORGE MORALES-DIVO** | | CRIMINAL CASE: 4:19CR148 |

### ORDER TO SURRENDER

The defendant, **GONZALO JOSE JORGE MORALES-DIVO #89632-479**

having been sentenced to the custody of the Bureau of Prisons, is ordered to

surrender on **Friday, December 1, 2023,** by 2:00 pm to:

> FCI ALLENWOOD
> RT 15,2 MILES OF ALLENWOOD
> ALLENWOOD, PA 17810
> 570-547-1990

Signed on _____May 30_____, 2023

_____
GRAY H. MILLER
UNITED STATES DISTRICT JUDGE