IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA, <br><br> v. <br><br> GONZALO MORALES-DIVO / | CASE NO. H-19-148 |
|---|---|

**[PROPOSED ORDER ON]**
**MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. §3582(c)(2)**
**BASED ON AMENDMENT 821 (THE ZERO POINT OFFENDER AMENDMENT)**
**SENTENCNG GUIDELINE SECTION §4C1.1**

This matter is before the Court on Gonzalo Morales' fmotion to reduce his sentence pursuant to 18 U.S.C. §3582(c)(2) and based on Amendment 821 (the Zero Point Offender Amendment) to U.S.S.G. §4C1.1. The Court has carefully reviewed the motion, and it is HEREGY ORDERED THAT:

1. The Motion to Reduce Sentence is GRANTED.

2. Mr. Morales' sentence is reduced to 3 months of incarceration to be followed by 3 months of home detention. All other aspects of the sentence remain the same.

Signed this __ day of February, 2024

_____
Gray Miller
United States District Court Judge