United States District Court
Southern District of Texas
**ENTERED**
February 13, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL ACTION NO. H-19-148 |
| § | |
| GONZALO MORALES-DIVO. § | |

## ORDER TO RESPOND

The Government is ORDERED to file a response to defendant's counseled motion for a sentence reduction (Docket Entry No. 78) within TWENTY DAYS from date of this order.

Signed at Houston, Texas, on February 13, 2024.

_____
Gray H. Miller
Senior United States District Judge