PROB 12A [HOU]
(06/15)

United States District Court
Southern District of Texas
**ENTERED**
November 14, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision – No Court Action Required

Name of Offender:   Gonzalo Jose Jorge Morales-Divo      Case Number:   4:19CR00148-001

Name of Sentencing Judge:   The Honorable Gray Miller

Date of Original Sentence:   November 10, 2021

Original Offense:   Conspiracy to Violate Foreign Corrupt Practices Act, in violation of 18 U.S.C. § 371 and 15 U.S.C. §§ 78dd-2(a) and 78dd-3(a)

Original Sentence:   Six (6) months custody of the U.S. Bureau of Prisons, followed by a 3- year term of supervised release. A $100 special assessment and $100,000 fine were imposed. Special conditions: provide access to financial information; not incur new credit card charges or open additional lines of credit without the supervising officer's advance approval; immediately report, continue to report, or surrender to ICE; seek proper documentation from ICE to work in the United States; participate in the location monitoring program for a period of six (6) months; and complete 120 hours of community service per month at Camila's House while serving Home Detention.

Type of Supervision:   Supervised Release       Supervision Started:   April 29, 2024

---

### EARLIER COURT ACTION

None.

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **Obtaining Credit Access Device Without Authorization** |

The offender is currently supervised in the Southern District of Florida, Miami Division. On or about On October 28, 2024, the defendant voluntarily signed a waiver so his assigned U.S. Probation Officer could investigate his credit. A review of the defendant's credit report revealed

RE: Gonzalo Jose Jorge Morales-Divo  
Dkt. No. 2:19CR00148-001

2

that on or about May 2, 2024, the defendant opened a new line of credit as an authorized user on a Bank of America credit card (account no. 519947146175) in the amount of $28,500.00. The report indicated there was an outstanding balance of $3,346.00. On October 30, 2024, the assigned U.S. Probation Officer questioned the defendant about the new line of credit. The defendant explained that his brother added him to his account as an authorized user and the balance belongs to his brother. The defendant stated that, at the time, he was unaware that being added as an authorized user would be equivalent to opening a line of credit and apologized for his behavior.

**U.S. Probation Officer Action:**

Per the assigned U.S. Probation Officer, Mr. Morales-Divo has been in compliance with all other conditions of supervised release. He was instructed to be removed as an authorized user from his brother's account and will provide verification. As part of the intervention, the defendant was verbally reprimanded for his actions and re-instructed on the conditions of his supervision. As such, the U.S. Probation Officer respectfully recommends the Court take no adverse action at this time and reserve the right to reconsider this violation should further non-compliance continue.

Approved:

*[signature: D Dominguez]*

Donielle Dominguez, Supervising  
United States Probation Officer

Respectfully submitted,

By: *[signature: Kandis Bell]*

Kandis Bell  
Senior United States Probation Officer

Name of Offender:  Gonzalo Jose Jorge Morales-Divo
Case Number:  4:19CR00148-001
Page Number:  3

[ X ]   Court Concurs with Recommended Action

[ ]   Submit a Request for Modifying the Condition(s) or Term of Supervision

[ ]   Submit a Request for Warrant or Summons

[ ]   Other:

Date:  November 13, 2024

Gray Miller
Senior U.S. District Judge